IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Fort Worth__ DIVISION

__Robert W. Johnson Jr__
Plaintiff's Name and ID Number

__James V. Allred Unit__
Place of Confinement

CASE NO. __7-24CV-078-O__
(Clerk will assign the number)

v.

__Kevin B. Smith__
__2101 FM 369 N./Iowa Park, TX 76367__
Defendant's Name and Address

__Christopher M. Wiedau__
__2101 FM 369 N./Iowa Park, TX 76367__
Defendant's Name and Address

__Bryan D. Reitsma__
__2101 FM 369 N./Iowa Park, TX 76367__
Defendant's Name and Address
( DO NOT USE "ET AL.")



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 29 2024
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

  B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____
   2. Parties to previous lawsuit:
      Plaintiff(s) _____
      Defendant(s) _____
   3. Court: (If federal, name the district; if state, name the county.) _____
   4. Cause number: _____
   5. Name of judge to whom case was assigned: _____
   6. Disposition: (Was the case dismissed, appealed, still pending?) _____
   7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: James V. Allred

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Robert Wagner Johnson #1872130
2101 FM 369 N. Iowa Park, TX 76367

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Kevin B. Smith    Warden II
2101 FM 369 N./Iowa Park, TX 76367
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
failure to give me out-of-cell time by law.

Defendant #2: Christoper M. Wiedau    Asst. Warden
2101 FM 369 N./Iowa Park, TX 76367
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
violating state & federal laws by not giving me out-of cell time.

Defendant #3: Bryan D. Reitsma    Asst. Warden
2101 FM 369 N./Iowa Park, TX 76367
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Failure to give me out-of-cell time by law.

Defendant #4: Carl W. Shiwart    Major
2101 FM 369 N./Iowa Park, TX 76367
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
violating state & federal laws by not giving me out-of-cell time.

Defendant #5: Christian J. Young    Lieutenant
2101 FM 369 N./Iowa Park, TX 76367
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
violating state & federal laws by not giving me out-of-cell time.

Rev. 05/15

3

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 1-4-24 I filed a complaint grievance on the officers on James V. Allred Unit for not giving us inmate our rec/ out-of-cell time like we are supose to get by stated Federal law and nothing still has not changed Asst. warden C. Wiedau signed off on the grievance so all of the wardens were aware of this situation, head warden K. Smith & Asst warden B. Reitsma. Major C. Shiward & lieutenant C. Youns are the officers in charge over the building were the inmates are housed.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want $80,000 for punitive damages & $100,000 for compensatory damages

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Robert Wagner Johnson Jr

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#1872130

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?   ___ YES  ___ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: 5/22/2024
            DATE

_Robert Johnson Jr_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 22nd day of May, 20 24.
         (Day)           (month)      (year)

_Robert W. Johnson_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15



# Texas Department of Criminal Justice

## STEP 1
### INMATE GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024053958 |
| Date Received: | JAN 08 2024 |
| Date Due: | FEB 17 2024 |
| Grievance Code: | 509 |
| Investigator ID #: | ~~I2744~~ I2888 |
| Extension Date: | |
| Date Retd to Inmate: | FEB 0 6 2024 |

Inmate Name: **Johnson Robert jr**  TDCJ# **1872130**
Unit: **Allred**  Housing Assignment: **8L-5T**
Unit where incident occurred: **Allred**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? ~~Gebees~~, P/obeng  When? **1-4-24 8:00pm**
What was their response? **no rec, get to G.P. & "write it up"**
What action was taken? **None**

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Im filing this step 1 grievance is because the G5 is getting refuse our rec like by policy state G5's should have rec 1 or 2 hours a day & most in the courts have held that five hours a week up to 8 hours a week & vs G5's. So it is a violation of the law so they are breaking the prisoner civil rights law & it do state that in most courts have held that five hours a week is the constitutional minimum. 23 hours lockdown. Davenport v. DeRobertis, 844 F.2d 1310, 1315 (7th Cir. 1988) (five hours), Spain v. Procunier, 600 F.2d 189, 199-200 (9th Cir. 1979) (five hours); Toussaint v. ~~McCarthy~~ McCarthy, 597 F.Supp. 1388, 1402, 1412 (N.D.Cal. 1984) (eight hours) aff'd in part and rev'd in part on other grounds, 801 F.2d 1080 (9th Cir. 1986) most courts have upheld ~~a~~ curtailment, or even total elimination, of out-of-cell exercise for short periods under emergency circumstances. Its not a privlige it is manditory.

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

**Action Requested to Resolve Your Complaint.**
I want our outside rec. like we should have it by law in the prisoner's civil rights law & courts & by T.D.C.J Policy like seg does at least one hour every morning

Inmate Signature: Robert Johnson    Date: 1-4-24

**Grievance Response:**

The investigation of this grievance is complete. Due to staffing, all attempts are made to ensure that inmates are given some time out of their cells. This is for your information. No further action is warranted.

Signature Authority: _[signature]_    C. Wiedau, Asst. Warden    Date: FEB 0 5 2024

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____

2nd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____

3rd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____

# Texas Department of Criminal Justice
## STEP 2 — OFFENDER GRIEVANCE FORM

Offender Name: Johnson, Robert Jr  TDCJ# 1872130
Unit: Allred  Housing Assignment: 8-L1-05T
Unit where incident occurred: Allred Unit

OFFICE USE ONLY
Grievance #: 2024053958
UGI Recd Date: FEB 0 8 2024
HQ Recd Date: FEB 12 2024
Date Due: 3-19-24
Grievance Code: 509
Investigator ID#: I-2754
Extension Date:
APR 0 2 2024

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** I am dissatisfied with the response at Step 1 because...

I do not agree with Step 1 Grievance # 2024053958 because we have not been getting any out-of-cell exercise like we should. T.D.C.J policy AD-03.40 Rev.9 states that we should get 2 hours a day of out-of-cell time. I been living in G5 for 3 months now and in November 2023 & December 2023 they officers were sometime giving us recreation only on Fridays for 2 hours. In January 2024 the officers did not give us any out-of-cell time at all witch is against T.D.C.J policy, state & Federal and is bad for our health. In T.D.C.J Restrictive Housing Plan page 19-3. Denial of recreation, witch also there is has been no reason for all of us inmates denial of recreation/out-of-cell exercise. So, therefore these officers are breaking the law and T.D.C.J policy; Warden II Kevin B. Smith, Asst. Warden Christopher M. Wiedau, Asst. Warden Bryan D. Reitsma, Major Carl W. Shiwart, Lieutenant Christian J. Young, Lieutenant Katherine C. Rushing, Captain Kyle Kluver, Captain Joshua Capps, Lieutenant Emilio E. Carcamo, Major Brandon D. Dishman, Captain Ashlee E. Chavez, Captain Cody S. Miller, Sergeant Michelle C. Borik, Sergeant Lydia J. Long Medina, Sergeant Bradley A. Mclemore. PD-22 Violation 7.) Substandard Duty Performanc- violation level 4: An employee shall perform duties in a manner that meets or exceeds the minimum

I-128 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  (OVER)

Appendix G

standards established for the employees position. 8.) Failure to follow proper safety procedures-violation level 4. An employee shall observe, and follow current T.D.C.J policies and state and fedreal laws relating to safety in the workplace. (3.) Failure to obey a proper order from an Authorit violation level 2. An employee shall promptly obey any proper order issved by an vthority also see PD-22 codes 20. and 23.

**Offender Signature:** _____ **Date:** 2-7-24

**Grievance Response:**

A-2754

An investigation has been conducted by the Central Grievance Office. Your step one response is appropriate and addressed your complaint. Administration is aware of the issues and is providing TV and music when recreation has been canceled. Adequate staff must be available in order for building activities to be conducted. No further action is warranted by this office.

**Signature Authority:** J. Back / Back **Date:** MAR 1 4 2024

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** ___ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** ___ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** ___ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

I-128 Back (Revised 11-2010) Appendix G

NAME Robert Johnson
TDC# 1822130
2101 FM 369 N
IOWA PARK, TEXAS 76367

NORTH TEXAS TX P&D
DALLAS TX 750
25 MAY 2024 PM 5

Federal Courthouse
501 West 10th St. Room 310
Fort Worth, TX 76102

LEGAL X-RAY

76102-354185

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION