IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **ROBERT W. JOHNSON, JR.,** § | | |
| **TDCJ No. 01872130,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | | Civil Action No. 7:24-cv-078-O |
| § | | |
| **KEVIN B. SMITH,** *et al.*, § | | |
| § | | |
| **Defendants.** § | | |

# FINAL JUDGMENT

The Court issues this Final Judgment pursuant to its Order filed earlier today. Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Robert W. Johnson, Jr.'s motion under 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this **12th day** of **February 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE